UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| WELCH PRODUCTS, INC., | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:05CV0975 MLM |
| | ) | |
| ENVIROCRAFT CORPORATION, | ) | |
| | ) | |
| Defendant(s). | ) | |

**O R D E R**

On June 17, 2005, due to clerk error, the above styled case was inadvertently assigned an Eastern Division case number, however, the case requires a Northern Division case number.

**IT IS HEREBY ORDERED** that 4:05CV0975 MLM be administratively closed and assigned a Northern Division case number.

Dated this 22nd day of June, 2005.

JAMES G. WOODWARD, CLERK OF COURT

By: /s/ Karen R. Moore, Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 2:05CV00040 MLM.**